UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMBERLINE ENVIRONMENTAL SERVICES, INC., et al.,

Plaintiffs,

v.

ARGO GROUP US, INC., et al.,

Defendants.

Case No. 1:26-cv-00063-JLT-FJS

ORDER DIRECTING CLERK OF COURT TO ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL OF THE COLONY DEFENDANTS

(ECF No. 17)

On August 18, 2026, Plaintiffs Timberline Environmental Services, Inc., Terry Northcutt Texas Holdings, LLC, and Timberline TX, LLC (collectively "Plaintiffs") filed a notice of voluntary dismissal of Defendants Argo Group US, Inc., Argo Group International Holdings, Ltd., and Colony Specialty Insurance Company, Inc. (collectively the "Colony Defendants") only with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (ECF No. 17.)

"[U]nder Rule 41(a)(1)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" *Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc.*, 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997)). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." *Commercial Space Mgmt*, 193 F.3d at 1078. Under Rule 41(a)(1), a plaintiff may dismiss fewer than all defendants. *Wilson*, 111 F.3d at 692.

In this action, the Colony Defendants have not been served and have not served an answer nor a motion for summary judgment in this action.

Accordingly, the clerk of the court is HEREBY ORDERED to terminate only Defendants Argo Group US, Inc., Argo Group International Holdings, Ltd., and Colony Specialty Insurance Company, Inc. Plaintiffs' claims against Defendant Marsh & McLennan Agency LLC remain pending.

IT IS SO ORDERED.

Dated: **August 21, 2026**

UNITED STATES MAGISTRATE JUDGE