UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMBERLINE ENVIRONMENTAL SERVICES, INC., et al.,

Plaintiffs,

v.

ARGO GROUP US, INC., et al.,

Defendants.

Case No. 1:26-cv-00063-JLT-FJS

ORDER AFTER NOTICE OF SETTLEMENT

(ECF No. 17)

On August 18, 2026, Plaintiffs Timberline Environmental Services, Inc., Terry Northcutt Texas Holdings, LLC, and Timberline TX, LLC (collectively "Plaintiffs") filed a notice of settlement, informing the court that a settlement has been reached with Defendants Argo Group US, Inc., Argo Group International Holdings, Ltd., and Colony Specialty Insurance Company, Inc. (collectively the "Colony Defendants"). (ECF No. 17.) Plaintiffs also filed dispositional documents regarding the Colony Defendants. (ECF No. 17.) Accordingly, pursuant to the notice, it is HEREBY ORDERED that all pending matters and dates in this action regarding <u>the Colony Defendants</u> are VACATED. Plaintiffs' claims against Defendant Marsh & McLennan Agency LLC remain pending including all pending matters and dates.

IT IS SO ORDERED.

Dated: **August 21, 2026**

UNITED STATES MAGISTRATE JUDGE