UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TIMBERLINE ENVIRONMENTAL SERVICES, INC., TERRY NORTHCUTT TEXAS HOLDINGS, LLC and TIMBERLINE TX, LLC

Plaintiffs,

v.

ARGO GROUP US, INC., a Delaware corporation, ARGO GROUP INTERNATIONAL HOLDINGS, LTD an Arizona corporation; COLONY SPECIALTY INSURANCE COMPANY, INC, an Ohio corporation; MARSH AND MCLELLEN AGENCY LLC, a California limited liability company and DOES 1 through 50 inclusive,

Defendants.

CASE NO.: 1:26-cv-00063-JLT-FJS

ORDER GRANTING STIPULATION AND PROTECTIVE ORDER REGARDING CONFIDENTIAL INFORMATION

(ECF No. 22)

The court, having considered the parties' stipulation and protective order regarding confidential information (ECF No. 22), and good cause appearing, hereby ORDERS as follows:

1. The parties' stipulated protective order (ECF No. 22) is APPROVED AND ENTERED as an order of the court. The terms of the stipulated protective order shall govern the designation, use, disclosure, and handling of Confidential Material in this action.

2. Upon entry of this order, Plaintiffs shall produce to Defendant Marsh & McLennan Agency LLC ("MMA") the settlement agreement between Plaintiffs and the former Colony Defendants and nonprivileged documents sufficient to identify settlement payments responsive to MMA's discovery requests. <u>Such production is made pursuant to and in compliance with this order,</u>

and all such material shall be treated as Confidential Material subject to the terms of the stipulated protective order.

IT IS SO ORDERED.

Dated: **September 21, 2026**

UNITED STATES MAGISTRATE JUDGE