UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMBERLINE ENVIRONMENTAL SERVICES, INC., TERRY NORTHCUTT TEXAS HOLDINGS, LLC; and TIMBERLINE TX, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ARGO GROUP US INC., a Delaware corporation, ARGO GROUP INTERNATIONAL HOLDINGS, Ltd, an Arizona corporation; COLONY SPECIALTY INSURANCE COMPANY, Inc., an Ohio Corporation; MARSH AND MCLELLEN AGENCY LLC, a California limited liability company,<br><br>Defendants. | Case No. 1:26-cv-00063-JLT-FJS<br><br>ORDER RE: NOTICE OF WITHDRAWAL AS ATTORNEY<br><br>(ECF No. 26) |

In view of the notice of withdrawal as counsel (ECF No. 13) for Defendant, Marsh & McLennan Agency LLC, the clerk of court is HEREBY DIRECTED to terminate Ryan A. Lewis as an attorney of record for Defendant. Defendant will continue to be represented in this matter by the remaining attorneys of record. *See* L.R. 182(b).

IT IS SO ORDERED.

Dated: **October 23, 2026**

UNITED STATES MAGISTRATE JUDGE